JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:(702) 258-6665
FACSIMILE:  (702) 258-6662

Attorneys for Defendant,
FIRAT OGUZ

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONORA MICHELLE SEASTRAND, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRAT OGUZ, an individual; UBER TECHNOLOGIES INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; DOE OWNER, IV; DOE DRIVER, I-V; ROE EMPLOYER, and ROE COMPANIES, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00535-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Leonora Michelle Seastrand, by and through her attorneys of record, Gina M. Corena, Esq. and Mahna Pourshaban, Esq. of Gina Corena & Associates, Defendant, Firat Oguz, by and through his attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, and Defendants Uber Technologies, Inc. and Rasier, LLC, by and through their attorneys of record Kurt R. Bonds, Esq. and David M. Sexton, Esq. of Hall & Evans, LLC, that all of Plaintiff's claims against Defendants be dismissed, with prejudice, the parties to each

1

bear their own fees and costs.

DATED this 6th day of August 2024

**GINA CORENA & ASSOCIATES**

/s/ Mahna Pourshaban
Gina M. Corena, Esq.
Nevada State Bar No. 10330
Mahna Pourshaban, Esq.
Nevada State Bar No. 13743
*Attorneys for Plaintiff*

DATED this 6th day of August 2024

**HALL & EVANS, LLC**

/s/ David M. Sexton
Kurt R. Bonds, Esq.
Nevada State Bar No. 6228
David M. Sexton, Esq.
Nevada State Bar No. 14951
*Attorneys for Defendants Uber Technologies. Inc. and Rasier. LLC*

DATED this 6th day of August 2024

**BREMER WHYTE BROWN & O'MEARA**

/s/ Deleela M. Weinerman
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant Firat Oguz*

**ORDER**

**IT IS SO ORDERED:** The Clerk of Court is kindly instructed to close the case.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: August 7, 2024

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:24-cv-00535-GMN-DJA was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman, Esq.
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant Firat Oguz*

2

1552.243 4895-8308-4758.1